UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Derek WalkerDocket Number: 09-cr-00059-WYD-01

**Petition for Early Termination of Supervised Release**

COMES NOW, Erika Coster, probation officer of the court, presenting an official report upon the conduct and attitude of Derek Codi Walker who was placed on supervised release by the Honorable Martha Vazquez sitting in the court at Albuquerque, New Mexico, on the 15th day of February, 2006, who fixed the period of supervised release at four (4) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall not possess, have under his control, or have access to any firearm, explosive device or other dangerous weapon, as defined by federal, state or local law.
2. The defendant must participate in and successfully complete a substance abuse treatment program which my include drug testing, outpatient counseling, or residential placement. The defendant may be required to pay a portion of the cost of treatment and/or drug testing as determined by the Probation Office.
3. The defendant must submit to a search of his person, property, or automobile under his control to ensure compliance with all conditions of supervision. He must inform any residents that the premises may be subject to a search.
4. The defendant must refrain from the use and possession of alcohol and other forms of intoxicants. He must not frequent places where alcohol is the primary item of sale.
5. The defendant must participate in and successfully complete a mental health treatment program, which may include outpatient counseling, residential placement, or prescribed medication as approved by the probation officer. The defendant may be required to pay a portion of the cost of this treatment as determined by the Probation Office.
6. The defendant must provide the probation officer access to any requested financial information, personal income tax returns, authorization for release of credit information, and other business financial information in which the defendant has a control or interest.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER  (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release; and (3) that, if the United States does not file a timely objection, the defendant be discharged from supervised release and the proceedings in the case be terminated.

Respectfully submitted,

*s/ Erika Coster*
Erika Coster
Probation Officer
Place: Durango, Colorado

**ORDER OF THE COURT**

After careful consideration of the probation officer's petition, it is

ORDERED that the probation officer serve this petition and order on the United States.  It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release.  It is further ordered that this petition and order be filed and made a part of the record in the above case.

                Dated at Denver, Colorado, this 5th day of January, 2010

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      United States Chief District Judge