**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00059-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DEREK WALKER,

       Defendant.

---

**ORDER VACATING PETITION FOR EARLY TERMINATION**

---

       THIS MATTER comes to the attention of the Court upon report of the Probation Officer of this Court, that Defendant has relapsed to drug and alcohol use, which is in violation of his conditions of supervised release.  It is

       ORDERED the Petition for Early Termination of Supervised Release filed on January 5, 2010, be VACATED.

       DATED at Denver, Colorado, this 15th day of January, 2010.

       BY THE COURT:

       s/ Wiley Y. Daniel
       WILEY Y. DANIEL
       Chief United States District Judge